IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT DARNELL SWEENEY, 187597, )<br>          )<br>     Petitioner,         )<br>v.              )    CASE NO. 2:12-cv-1039-TMH<br>          )            WO<br>LEEPOSEY DANIELS, *et al.*,     )<br>          )<br>     Respondents.         )  | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #18) to the Recommendation of the Magistrate Judge filed on January 7, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #17) filed on December 20, 2013 is adopted;

3. The petition for habeas corpus relief is DENIED and that this case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

4. The costs of this proceeding are taxed against the petitioner.

DONE this the 16th day of May, 2014.

                                        /s/ Mark E. Fuller
                              UNITED STATES DISTRICT JUDGE